DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNITED AUTOMOBILE INSURANCE COMPANY,**
Appellant,

v.

**ISO-DIAGNOSTICS TESTING, INC.,** a/a/o **CAROLINA GONZALEZ,**
Appellee.

No. 4D21-78

[April 29, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Giuseppina Miranda, Judge; L.T. Case Nos. COCE16-20131(52) and 19-015807.

Michael J. Neimand, House counsel, Miami, for appellant.

Joseph R. Dawson of Law Office of Joseph R. Dawson, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and CIKLIN, JJ., concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*